**DISMISS and Opinion Filed November 9, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00576-CV

### JASON LEE ROCK, Appellant
### V.
### BENGAL BROKERAGE, LLC, Appellee

**On Appeal from the County Court at Law No. 7**
**Collin County, Texas**
**Trial Court Cause No. 007-00956-2022**

## MEMORANDUM OPINION

Before Justices Myers, Pedersen, III, and Garcia
Opinion by Justice Myers

The court reporter notified the Court that no record would be filed because appellant told her he was no longer interested in pursuing the appeal. We then directed appellant to notify this Court, by October 10, 2022, whether he intended to pursue the appeal. We cautioned appellant that if he failed to comply, the Court would assume he was not pursuing the appeal and it would be dismissed. As of today's date, appellant has not complied. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(c).

/Lana Myers/
LANA MYERS
JUSTICE

220576F.P05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

JASON LEE ROCK, Appellant

No. 05-22-00576-CV            V.

BENGAL BROKERAGE, LLC,
Appellee

On Appeal from the County Court at
Law No. 7, Collin County, Texas
Trial Court Cause No. 007-00956-
2022.
Opinion delivered by Justice Myers.
Justices Pedersen, III and Garcia
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered November 9, 2022